IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KEREN PERILMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>LYNDA INTENZO, et al.,<br><br>        Defendant. | Civil No. 07-3949 (RMB) |

### AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the conference on August 28, 2008; and the Court noting the following appearances: David T. Shulick, Esquire, appearing on behalf of the plaintiff; and Mr. Ditmak appearing *pro se.*

IT IS this **28th** day of **August, 2008,** hereby **ORDERED:**

1. By **September 5, 2008**, Mr. Dikmak shall produce to plaintiff a copy of the cancelled check written to the home inspector he hired to inspect the subject home or a letter stating that the document cannot be found. By the same date, Mr. Dikmak shall produce any and all records related to 24 North Cornwell Avenue, Ventnor, New Jersey, that have not been previously produced.

2. The Court will conduct an **in-person** settlement conference on **September 25, 2008 at 1:00 p.m. Only plaintiff and defendant Blumberg Associates shall attend the settlement conference.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                    s/ Joel Schneider
                                    JOEL SCHNEIDER
                                    United States Magistrate Judge